UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION
***************************

IN RE:  Susan J. Frybarger  :  Case No: 10-11032
:
Debtor(s)  :  Chapter 13

## ADDENDUM TO CHAPTER 13 PLAN
## APPLICATION AND NOTICE FOR ATTORNEY'S FEES

Attorney for the Debtor(s), Keith M. Welch, hereby requests Court approval of attorney's fees and expenses in the amount of **$2,800.00**. The attorney's fee requested in this application includes charges for professional services and expenses in connection with this Chapter 13 proceeding. Debtor's attorney reserves the right to file a supplemental fee application for services exceeding the **$2,800.00**.

The following reflects the **estimated time and expenses** likely to be expended in connection with this proceeding. The usual hourly rate charged by Keith M. Welch is $300.00 or more. Keith M. Welch has over 30 years of bankruptcy experience and is a Board Certified Consumer Bankruptcy Specialist and Business Bankruptcy Specialist. 11 U.S.C. § 330 (a)(3) allows Bankruptcy Courts to increase professional compensation awards to attorneys who are Board Certified. The hourly rate charged by firm attorney's ranges between $250.00 and $350.00. Paralegals and legal assistants for the firm bill at $75.00 per hour.

| **Task (Estimated Time):** | **Initials:** | **Time (in hrs.):** | **Rate (per hour):** | **Amount:** |
|---|---|---|---|---|
| **A.** Conference with debtor(s) re: bankruptcy options. | KMW | 1.00 | $300.00 | $300.00 |
| **B.** Collected, copied, and retrieved debtor's initial information and documentation, conferences and phone calls with clients. | firm legal assistant | 1.25 | $75.00 | $93.75 |
| **C.** Preparing drafts of schedules, plan, addendum and application for attorney's fees, fee contract, tax transcript request, statements, etc., organize file. | firm legal assistant | 3.00 | $75.00 | $225.00 |
| **D.** Review of payment advices and calculation of CMI Statement | firm legal assistant | .25 | $75.00 | $18.75 |
| **E.** Review and revise draft schedules and plan, review income information, and review and revise CMI statement Instruction to legal assistant on revisions to drafted schedules and plan. | KMW | 1.00 | $300.00 | $300.00 |
| **F.** Correct revised schedules and plan. | firm legal assistant | .25 | $75.00 | $18.75 |
| **G.** Assisting debtor with completing credit counseling, pulling, printing and saving appropriate certificate(s). | firm legal assistant | .50 | $75.00 | $37.50 |

| | | | | |
|---|---|---|---|---|
| H. 2nd conference with debtor, review schedules and plan. Complete Chapter 13 plan, complete and sign plan and schedules. | KMW | 1.00 | $300.00 | $300.00 |
| I. Conference with debtor, review schedules and plan. Complete Chapter 13 plan, revise, complete and sign plan and schedules. | firm legal assistant | 1.50 | $75.00 | $112.50 |
| J. Make the approved corrections, reprint, electronically sign and file petition, schedules, plan, plan summary, addendum, payment advices and bankruptcy documents. | firm legal assistant | 1.00 | $75.00 | $75.00 |
| K. Prepare letters. Input client information into firm computer system. Copy, organize and mail bankruptcy documents to client. Send letter with copies of most recent tax return to trustee. Fax tax transcript request. Send letter to attorneys and/or Clerks of Court in pending lawsuits, if any. | firm legal assistant | .50 | $75.00 | $37.50 |
| L. Pull daily documents off of PACER as they are filed. | firm legal assistant | .25 | $75.00 | $18.75 |
| | | | | |
| **Task (Projected Time):** | | | | |
| Telephone conferences with debtor(s). | firm legal assistant | 1.0 | $75.00 | $75.00 |
| Telephone conferences with trustee and/or creditors. | firm legal assistant | .25 | $75.00 | $18.75 |
| Telephone conferences with trustee and/or creditors. | Firm Attorney | .50 | $275.00 | $137.50 |
| Correspondence with debtor(s). | firm legal assistant | .75 | $75.00 | $56.25 |
| Correspondence and/or communication with trustee and/or creditor(s) regarding information relevant to the 341 meeting and confirmation of debtor's plan and consultation with legal assistant regarding the same. | Firm Attorney | .75 | $275.00 | $206.25 |
| Put Court dates on the calendar and in the file, prepare file for 11 U.S.C. § 341 meeting of creditors. | firm legal assistant | .25 | $75.00 | $18.75 |
| Preparation for the 11 U.S.C. § 341 meeting of creditors. | Firm Attorney | .25 | $275.00 | $68.75 |
| Representation at 11 U.S.C. § 341 meeting of creditors. | Firm Attorney | .50 | $275.00 | $137.50 |
| Review and organize file after 11 U.S.C. § 341 meeting of creditors, file necessary orders and send letter for continued dates, calendar continued dates | firm legal assistant | .25 | $75.00 | $18.75 |
| Review creditor/ trustee objections, and/or talk to client, talk to creditor(s) regarding information relevant to the 341 meeting and confirmation of debtor's plan. Answering question of debtor and creditors both pre-and post-confirmation and preparation and drafting of any pre-confirmation amended plans. | firm legal assistant | 1.0 | $75.00 | $75.00 |

| Description | Role | Hours | Rate | Total |
|---|---|---|---|---|
| Prepare file for Confirmation hearing, review payments made, pleadings filed, call client if needed. | firm legal assistant | .25 | $75.00 | $18.75 |
| Preparation for the confirmation hearing. | Firm Attorney | .25 | $275.00 | $68.75 |
| Representation at confirmation hearing. | Firm Attorney | .50 | $275.00 | $137.50 |
| Maintaining file during plan period. | Firm Attorney | .50 | $275.00 | $137.50 |
| Complete financial management with the client(s), print certificate, review Official Form B23 with the client(s), have client(s) sign, and file with the Court. | firm legal assistant | .25 | $75.00 | $18.75 |
| Send client(s) a letter regarding the In Compliance Motion, telephone conference with client regarding Motion, have client(s) sign, and electronically sign and file Motion. | firm legal assistant | .50 | $75.00 | $37.50 |
| | | | | |
| **TOTAL ESTIMATED SERVICES** | | | | **$2,768.75** |
| | | | | |
| **Estimated Expenses (Actual Expenses May Vary):** | | | | |
| Copies (Estimated) | | | | $60.00 |
| Postage (Estimated) | | | | $10.00 |
| Filing fee (previously paid by debtor(s)) | | | | $0.00 |
| | | | | |
| **TOTAL ESTIMATED EXPENSES** | | | | **$70.00** |
| **TOTAL ESTIMATED FEES & EXPENSES** | | | | **$2,838.75** |
| **ACTUAL FEES REQUESTED** | | | | **$2,800.00** |

NOTICE IS HEREBY GIVEN that Keith M. Welch, attorney for the Debtor, requests attorney fees be paid in full, in priority, pursuant to 11 U.S.C. §507, in the amount of **$2,800.00**. The attorney fees herein exceed $1,000.00 and an application and hearing on said fees is required pursuant to Bankruptcy Rule 2002(c)(2). Hearing on said application shall be held in conjunction with, and at the date and time of, the confirmation hearing of the plan as set by this Court.

Objections to the foregoing application must be filed with the Clerk and served on the Trustee and Debtor's attorney at least five (5) days prior to the date set for the hearing on confirmation of the Chapter 13 Plan.

**DATED**: April 13, 2010

BY: /s/ Keith M. Welch
**Keith M. Welch, #13347**
**Attorney for the Debtor(s)**